1  Douglas N. Silverstein, Esq. (SBN 181957)
   Lauren Morrison, Esq. (SBN 266135)
2  KESLUK, SILVERSTEIN & JACOB, P.C.
   9255 Sunset Blvd., Suite 411
3  Los Angeles, CA 90069-3309
   Telephone:  (310) 273-3180
4  Facsimile:   (310) 273-6137
   dsilverstein@californialaborlawattorney.com
5  lmorrison@californialaborlawattorney.com

6  Attorneys for Plaintiff HAROLD DAVID GOWAN

7  Kristen J. Nesbit, SBN 242426
   E-Mail knesbit@fisherphillips.com
8  Mariana Bertikian, SBN 322596
   E-Mail mbertikian@fisherphillips.com
9  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
10 Los Angeles, California 90071
   Telephone: (213) 330-4500
11 Facsimile: (213) 330-4501

12 Attorneys for Defendant American Airlines, Inc

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORIA

| | |
|---|---|
| HAROLD DAVID GOWAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., a Delaware Corporation; and DOES 1 through 35, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-06498-TJH(ASx) <br><br> [Removed from Los Angeles Superior Court, Case No. 19STCV22066] <br><br> **ORDER RE: VOLUNTARY DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE  [JS-6]** |

THE COURT, having reviewed the Joint Stipulation And Request For Dismissal Of Entire Action and All Parties With Prejudice, which advised the Court that the matter has been resolved pursuant to a confidential settlement agreement between the parties ("Settlement Agreement"), hereby ORDERS as follows:

### ORDER

This matter is hereby dismissed in its entirety, with prejudice, as to all parties, with no prevailing party, and each side to bear its own fees and costs.

DATED: APRIL 26, 2021    By: _____
Hon. Terry J. Hatter, Jr.
U.S. District Judge